Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 123185

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Norman Y. Lono, | **Case No. 5:22-cv-00137-DSF-KS** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| -against- | |
| Crime Scene Steri-Clean, LLC, | |
| Defendant. | |

//
//
//
//
//
//
//
//

**PLEASE TAKE NOTICE** that Norman Y. Lono ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and the parties are in the process of performing their settlement obligations. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: April 22, 2022

**SANDERS LAW GROUP**

By: /s/ Craig B. Sanders
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 123185
*Attorneys for Plaintiff*